IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

R.R.

   Petitioner,

v.

DORA OROZCO, in her official capacity as Warden of the Otero County Processing Center; COREY PRICE, in his official capacity as Acting El Paso Field Office Director, U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement, MATTHEW ALBENCE, Deputy Direct of U.S. Immigration and Customs Enforcement; CHAD WOLF, Acting Secretary of the United States Department of Homeland Security; U.S. Immigration and Customs Enforcement; ALEX M. AZAR II, Secretary of the Department of Health and Human Services; Department of Health and Human Services; Office of Refugee Resettlement; WILLIAM BARR, Attorney General of the United States

Respondents.

Case No.: No. 2:20-cv-00564 KG/GBW

**ORDER**

  HAVING CONSIDERED Petitioner's Unopposed Motion for an Extension of Time to File Response to Order to Show Cause Why the Court Should Not Dismiss Petitioner's Habeas Petition, and good cause appearing, the Petitioner's motion is granted.

  IT IS FURTHER ORDERED that Petitioner file a response no later than September 24, 2020.

1

IT IS FURTHER ORDERED that Respondents may file a reply to Petitioner's response no later than 14 days after the date of filing of Petitioner's response.

_____
UNITED STATES DISTRICT JUDGE