IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

R.R.,

    Petitioner,

vs.                                                        No. CV 20-564 KG/GBW

DORA OROZCO, in her official capacity as
Warden of the Otero County Processing Center, et al.,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues this separate judgment disposing of this civil case.

IT IS ORDERED that Respondents' Motion to Dismiss (Doc. 32) is granted and this civil case is now terminated.

IT IS SO ORDERED.

                                                                  UNITED STATES DISTRICT JUDGE